**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS SZCZUREK, | ) | CASE NO. 1:18 CV 2608 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | JONATHAN D. GREENBERG |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | **JUDGMENT ENTRY** |

Consistent with the Memorandum Opinion and Order of this Court also filed on November 1, 2019, the Commissioner's final decision is AFFIRMED.

**IT IS SO ORDERED**.

                                            s/ *Jonathan D. Greenberg*
                                            U.S. Magistrate Judge

Date: November 1, 2019